500

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD C. COLE, Defendant-Appellant.

(No. 56209; )

First District—January 10, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Suzanne M. Kohut, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.